

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00355-CV

BEVERLY ELLIS, APPELLANT

V.

BRENDA LUNA, APPELLEE

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. 188,778-B, Honorable W. Bernard Fudge, Presiding

February 13, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant Beverly Ellis, proceeding pro se, filed a notice of appeal from the district court's judgment affirming the justice court's judgment of eviction. We dismiss the appeal for want of prosecution.

Ellis's brief was due on January 9, 2019, but was not filed. By letter dated January 22, 2019, this court notified Ellis that the appeal would be dismissed for want of prosecution if her brief was not received by February 1. To date, we have not received a brief or a motion to extend the deadline for filing same.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam